Shawn SULLIVAN; Arrigotti Fine Jewelry; James Walnum, on behalf of themselves and all others similarly situated,

v.

DB INVESTMENTS, INC; De Beers S.A.; De Beers Consolidated Mines, Ltd; De Beers A.G.; Diamond Trading Company; CSO Valuations A.G.; Central Selling Organization; De Beers Centenary A.G.

David T. Murray, Appellant at 08–2784 (Pursuant to Fed. R.App. P. 12(a))

Susan M. Quinn, Appellant at 08–2785 (Pursuant to Fed. R.App. P. 12(a))

Marvin L. Union; Tim Henning; Neil Freedman; Kylie Luke; William Benjamin Coffey, Jr., Appellants at 08–2798 (Pursuant to Fed. R.App. P. 12(a))

Aaron Petrus, Appellant at 08–2799 (Pursuant to Fed. R.App. P. 12(a))

Janet Giddings, Appellant at 08–2818 (Pursuant to Fed. R.App. P. 12(a))

Frank Ascione; Rosaura Bagolie; Matthew Delong; Sandeep Gopalan; Manoj Kolel–Veetil; Matthew Metz; Anita Pal; Deb K Pal; Jay Pal; Peter Perera; Rangesh K. Shah; Ed McKenna; Thomas Vaughan, Appellants at 08–2819 (Pursuant to Fed. R.App. P. 12(a))

Kristen Dishman; Margaret Marasco, Appellants at 08–2831 (Pursuant to Fed. R.App. P. 12(a))

**James B. Hicks, Appellant at 08–2881 (Pursuant to Fed. R.App. P. 12(a))**

Nos. 08–2784, 08–2785, 08–2798, 08–2799, 08–2818, 08–2819, 08–2831, 08–2881.

United States Court of Appeals, Third Circuit.

Aug. 27, 2010.

Howard B. Becker, Esq., Korein Tillery, St. Louis, MO, Craig C. Corbitt, Esq., Zelle, Hofmann, Voelbel & Mason, Susan G. Kupfer, Glancy, Binkow & Goldberg, Joseph J. Tabacco, Jr., Esq., Berman, Devalerio, Pease, Tabacco, Burt & Pucillo, William Bernstein, Esq., Eric B. Fastiff, Esq., Lieff, Cabraser, Heimann & Bernstein, Josef D. Cooper, Cooper & Kirkham, San Francisco, CA, John A. Maher, Esq., Summit, NJ, for Appellants.

Jessica Biggio, Matthew P. Hendrickson, Esq., Skadden, Arps, Slate, Meagher & Flom, New York, NY, Francis Ciani-Dausch, Esq., Tara S. Emory, Esq., Mark J. Sagat, Esq., Steven C. Sunshine, Esq., Skadden, Arps, Slate, Meagher & Flom, Washington, DC, for Appellees.

John J. Pentz, III, Esq., Class Action Fairness Group, Maynard, MA, for David T. Murray.

Present SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, and VANASKIE, Circuit Judges.

## ORDER

SCIRICA, Circuit Judge.

Upon consideration of the petition for rehearing filed by appellees and the answers filed by appellants, it is hereby ORDERED that the petition for rehearing *en banc* is granted. It is

FURTHER ORDERED that the opinion and judgment filed July 13, 2010, is hereby vacated. The Clerk of this Court shall list the above case for rehearing *en banc* at the convenience of the Court.